UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 22 - 1003 |
|---|---|---|
| v. | : | CRIMINAL ACTION |
| | : | |
| Muzammil Delaagha | : | ORDER OF RELEASE |

The Court orders the defendant, _Muzammil Delaagha_, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Comply with the conditions of the Pretrial Diversion Agreement, effective 1/5/2022.

_____                    1/5/2022
DEFENDANT                                           DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
U.S. MAGISTRATE JUDGE

1-6-22
_____
DATE